UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH DAVIS,            : | |
|    Plaintiff,         : | |
| : | |
| v.                      : | No. 24-cv-3202 |
| : | |
| JUDGE JEFFREY L. SCHMEHL, : | |
|    Defendant.        : | |

**O R D E R**

**AND NOW**, this 3rd day of September, 2024, upon consideration of Plaintiff Keith Davis's Motion to Proceed *In Forma Pauperis* as supplemented (ECF Nos. 1 & 9), and his *pro se* Complaint and Exhibits (ECF Nos. 1 & 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as legally baseless for the reasons stated in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**